First National Bank of the City of Brooklyn, Respondent, v. John G. Jenkins, Jr., and Others, as Executors, etc., of John G. Jenkins, Sr., Deceased, and John G. Jenkins, Jr., Appellants.—Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Frank E. Foster, Appellant, v. Helene Schneider, Respondent.—Judgment of the County Court of Kings county unanimously affirmed, with costs. No opinion. Present—Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

William Gegenheimer, Appellant, v. The City of New York and Coney Island and Brooklyn Railroad Company, Respondents.—Judgment unanimously affirmed, with costs. No opinion. Present—Jenks, P. J., Burr, Thomas, Woodward and Rich, JJ.

Elizabeth S. Harvey, Respondent, v. The Brooklyn Heights Railroad Company, Appellant, Impleaded with The City of New York, Defendant. — Order unanimously affirmed, with costs. No opinion. Present—Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Hewletts Land and Improvement Company, Respondent, v. Robert L. Burton, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

In the Matter of the Petition of Peter Donnelly, Respondent, for a Peremptory Writ of Mandamus Directed to Charles S. Devoy, County Clerk of Kings County, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ., concurred.

National Fertilizer Company, Respondent, v. Elizabeth Gunther, Appellant, Impleaded with John Gunther, Jr., Defendant.—Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas and Woodward, JJ., concurred; Burr, J., voted to reverse upon the ground that there is no evidence competent against the defendant Elizabeth Gunther of fraudu-